WILLIAM R. TAMAYO - #084965 (CA)
DAVID OFFEN-BROWN - #063321 (CA)
RAYMOND T. CHEUNG -  #176086 (CA)
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260
Telephone No. (415) 625-5649
Facsimile No. (415) 625-5657
raymond.cheung@eeoc.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CADIT COMPANY, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO.<br><br>COMPLAINT<br>Civil Rights<br>　– Employment Discrimination<br><br>**JURY TRIAL DEMAND** |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of national origin and to provide appropriate relief to Ru Jian Lin who was adversely affected by such practices. As alleged below Defendant CADIT COMPANY, INC. (Cadit or Defendant) subjected Mr. Lin to a hostile work environment because of his national origin.  Defendant also retaliated against Mr. Lin for complaining of discrimination.

COMPLAINT, Equal Employment Opportunity Commission vs. Cadit Company, Inc.

1

<div style="padding-left:2em">

JURISDICTION

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended (Title VII), 42 U.S.C. §§2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

INTRADISTRICT ASSIGNMENT AND VENUE

2. The employment practices alleged to be unlawful were committed within the State of California and the City and County of San Francisco which is within the jurisdiction of the United States District Court for the Northern District of California.

PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (EEOC), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Cadit was a Texas corporation and has continuously been doing business in the State of California and has continuously had at least fifteen employees.

5. At all relevant times, Cadit has continuously been an employer engaged in an industry affecting commerce within the meaning of section 701(b), (g), and (h) of Title VII, 42 U.S.C. §2000e-(b), (g), and (h).

STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Mr. Lin filed a charge of discrimination with the EEOC alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

</div>

7. Since at least June 2006, Defendant Employer has engaged in unlawful practices at its San Francisco work site in violation of section 703(a)(1) of Title VII, 42 U.S.C. §2000e-2(a). These practices include subjecting Mr. Lin to harassment and to an offensive, abusive, intimidating and hostile work environment based on his Chinese national origin.

8. On or about July 26, 2006, Defendant Employer has engaged in unlawful practices at its San Francisco work site in violation of section 704(a) of Title VII, 42 U.S.C. §2000e-3(a). These practices include discharging Mr. Lin from employment in retaliation for his complaints of discrimination.

9. The effect of the practices complained of above has been to deprive Mr. Lin of equal employment opportunities and otherwise to adversely affect his status as an employee because of his national origin.

10. The unlawful employment practices complained of above were intentional.

11. The unlawful employment practices complained of above were done with malice and/or reckless disregard for the federally protected rights of Mr. Lin.

## PRAYER FOR RELIEF

WHEREFORE, the EEOC respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in harassment and retaliation, and any other employment practice which discriminates on the basis of national origin.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for employees regardless of their national origin and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Mr. Lin, by providing appropriate

backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to reinstatement of Mr. Lin.

      D.    Order Defendant to make whole Mr. Lin by providing compensation for all past and future pecuniary losses resulting from the unlawful employment practices described above with interest, in amounts to be determined at trial.

      E.    Order Defendant to make whole Mr. Lin by providing compensation for all past and future non-pecuniary losses caused by the above unlawful conduct, including pain and suffering, emotional distress, indignity, loss of enjoyment of life, loss of self-esteem, and humiliation, in amounts to be determined at trial.

      F.    Order Defendant to pay Mr. Lin punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

      G.    Grant such further relief as the Court deems proper.

      H.    Award the EEOC its costs in this action.

## JURY TRIAL DEMAND

The EEOC requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

RONALD COOPER, GENERAL COUNSEL
JAMES L. LEE, DEPUTY GENERAL COUNSEL
GWENDOLYN YOUNG REAMS, ASSOCIATE GENERAL COUNSEL
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: 7/1/2008    /s/ William Tamayo
                            WILLIAM R. TAMAYO, Regional Attorney

Dated: 7/1/2008    /s/ David Offen-Brown
                            DAVID OFFEN-BROWN, Supervisory Trial Attorney

Dated: 7/1/2008    /s/ Raymond T. Cheung
                            RAYMOND T. CHEUNG, Senior Trial Attorney