| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. |
|---|---|
| US EEOC\SF DISTRICT OFFICE<br>WILLIAM R. TAMAYO - SBN # 084965<br>350 THE EMBARCADERO, SUITE 500<br>SAN FRANCISCO, CA 94105-1260 | (415) 625-5600 |
| | REFERENCE NUMBER<br>0S355289-01 |
| ATTORNEY FOR (NAME)   PLAINTIFF | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
EQUAL EMPLOYMENT, ET AL vs. CADIT COMPANY, INC.

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>CV083151SI |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SEE ATTACHED LIST OF DOCUMENTS;

**Name:** CADIT COMPANY, INC.

**Person Served:** TERESA HARTLEY
**Title:** AGENT/CAPITOL SERVICES INC.

**Date of Delivery:** 07/25/08
**Time of Delivery:** 10:15 am

**Place of Service:** 1225 8TH STREET STE 580
SACRAMENTO, CA 95814                        (Business)

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:** [X] Federal Rules of Civil Procedure
[ ] California Code of Civil Procedure

**Fee for service:** $ 60.38

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: July 29, 2008
at: SACRAMENTO, California.

Registered: SACRAMENTO County,
Number: 2004-29

Attorney's Diversified Services
1424 21st Street
Sacramento, CA 95814
(916) 441-4396
30B/0S355289-01

Client File # EEOC V. CADIT COMPANY

PROOF OF SERVICE

Signature: _____
Name: UWE JAHNKE
Title: REGISTERED PROCESS SERVER

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION V. CADIT COMPANY, INC.**
CASE # CV 08 3151 SI

LIST OF DOCUMENTS TO BE SERVED

1.) COMPLAINT; JURY TRIAL DEMAND

2.) SUMMONS IN A CIVIL ACTION

3.) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

4.) CASE MANAGEMENT CONFERENCE ORDER

5.) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

6.) JUDGE ILLSTON'S STANDING ORDER

7.) NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

8.) (BLANK) NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

9.) (BLANK) WAIVER OF SERVICE OF SUMMONS

10.) ECF REGISTRATION INFORMATION HANDOUT

11.) WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

12.) DROP BOX FILING PROCEDURES

13.) "DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA" HANDOUT

*S355289*