THEODORA R. LEE, Bar No. 129892
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
tlee@littler.com

TERRY L. SALAZAR, TX Bar No. 17527500
QUILLING, SELANDER, CUMMISKEY &
LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX  95201
Telephone:    214.871.2100

Attorneys for Defendant
CADIT COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CADIT COMPANY, INC.,<br><br>Defendant. | Case No.  CV 08 3151 SI<br><br>**ANSWER TO COMPLAINT** |

Defendant Cadit Company, Inc. ("Defendant" or "Cadit"), hereby answers the Complaint of Plaintiff Equal Employment Opportunity Commission ("EEOC") as follows:

### ANSWER TO NATURE OF THE ACTION

Defendant admits the jurisdictional basis of the cause of action and denies the balance of the allegations contained in the Nature of the Action.

### ANSWER TO JURISDICTION

1.    Defendant admits the jurisdictional allegations contained in Paragraph 1 of the Complaint.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

ANSWER TO COMPLAINT (CASE NO. CV
08 3151 SI)

**ANSWER TO INTRADISTRICT ASSIGNMENT AND VENUE**

2.    Defendant admits the venue allegations contained in Paragraph 2 of the Complaint.

**ANSWER TO PARTIES**

3.    Defendant admits the allegations contained in Paragraph 3 of the Complaint.

4.    Defendant admits that it is a Texas corporation authorized to do business in the State of California. Defendant denies the balance of the allegations contained in Paragraph 4 of the Complaint.

5.    Defendant admits the allegations contained in Paragraph 5 of the Complaint.

**ANSWER TO STATEMENT OF CLAIMS**

6.    Defendant admits that more than thirty days expired between the time Mr. Lin filed a charge of discrimination with the EEOC and the institution of this lawsuit. Defendant lacks sufficient knowledge to admit or deny the balance of the allegations contained in Paragraph 6 of the Complaint, and on that basis, denies those remaining allegations.

7.    Defendant denies the allegations contained in Paragraph 7 of the Complaint.

8.    Defendant denies the allegations contained in Paragraph 8 of the Complaint.

9.    Defendant denies the allegations contained in Paragraph 9 of the Complaint.

10.  Defendant denies the allegations contained in Paragraph 10 of the Complaint.

11.  Defendant denies the allegations contained in Paragraph 11 of the Complaint.

**ANSWER TO PRAYER FOR RELIEF**

A.    Paragraph A contains a request for injunctive relief that requires no response. To the extent, if any, that any response is necessary, Defendant denies the allegations stated in the paragraph and denies that Plaintiff is entitled to any relief as sought in Paragraph A.

B.    Paragraph B contains a request for a request for relief that requires no response. To the extent, if any, that any response is necessary, Defendant denies the allegations stated in the paragraph and denies that Plaintiff is entitled to any relief as sought in Paragraph B.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ANSWER TO COMPLAINT (CASE NO. CV 08 3151 SI)                    2.

1    C.    Paragraph C contains a request for damages that requires no response. To the

2   extent, if any, that any response is necessary, Defendant denies the allegations stated in the

3   paragraph and denies that Plaintiff is entitled to any relief as sought in Paragraph C.

4    D.    Paragraph D contains a request for damages that requires no response. To the

5   extent, if any, that any response is necessary, Defendant denies the allegations stated in the

6   paragraph and denies that Plaintiff is entitled to any relief as sought in Paragraph D.

7    E.    Paragraph E contains a request for damages that requires no response. To the

8   extent, if any, that any response is necessary, Defendant denies the allegations stated in the

9   paragraph and denies that Plaintiff is entitled to any relief as sought in Paragraph E.

10    F.    Paragraph F contains a request for punitive damages that requires no response.

11  To the extent, if any, that any response is necessary, Defendant denies the allegations stated in the

12  paragraph and denies that Plaintiff is entitled to any relief as sought in Paragraph F.

13    G.    Paragraph G contains a request for relief that requires no response. To the

14  extent, if any, that any response is necessary, Defendant denies the allegations stated in the

15  paragraph and denies that Plaintiff is entitled to any relief as sought in Paragraph G.

16    H.    Paragraph H contains a request for award of costs that requires no response.

17  To the extent, if any, that any response is necessary, Defendant denies the allegations stated in the

18  paragraph and denies that Plaintiff is entitled to any relief as sought in Paragraph H.

19
## **AFFIRMATIVE DEFENSES**
20

21
### **FIRST AFFIRMATIVE DEFENSE**

22    1.    The Complaint, and each and every cause of action thereof, fails to state a

23  claim upon which relief can be granted under any applicable law.

24
### **SECOND AFFIRMATIVE DEFENSE**

25    2.    Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean

26  hands.

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

ANSWER TO COMPLAINT (CASE NO. CV
08 3151 SI)                                          3.

**THIRD AFFIRMATIVE DEFENSE**

3.    Plaintiff's claims are barred, in whole or in part, by the right of free speech in the First Amendment of the United States Constitution and the liberty of speech provisions of the California Constitution.

**FOURTH AFFIRMATIVE DEFENSE**

4.    Any action or conduct taken by Defendant with regard to Lin was taken in good faith for legitimate and lawful business reasons.

**FIFTH AFFIRMATIVE DEFENSE**

5.    Plaintiff's Complaint fails to state a claim upon which general or compensatory damages can be awarded on any basis.

**SIXTH AFFIRMATIVE DEFENSE**

6.    Plaintiff's Complaint fails to state a claim upon which punitive damages can be awarded, and the imposition of punitive damages in this case would violate the due process protections of the Fifth and Fourteenth Amendments of the United States Constitution.

**SEVENTH AFFIRMATIVE DEFENSE**

7.    Plaintiff's Complaint fails to state a claim upon which injunctive relief can be granted.

**EIGHTH AFFIRMATIVE DEFENSE**

8.    Plaintiff is not entitled to equitable relief insofar as they have adequate remedies available at law.

**NINTH AFFIRMATIVE DEFENSE**

9.    Plaintiff's claims are barred or Plaintiff's recovery of damages must be reduced or denied under the doctrine of after-acquired evidence.

**TENTH AFFIRMATIVE DEFENSE**

10.    Defendant promulgated an anti-discrimination policy and complaint procedure which was communicated to Lin, and Defendant exercised reasonable care to prevent and correct promptly any inappropriate conduct.  Lin unreasonably failed to take advantage of the established

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

1  complaint procedure, failed to take advantage of other preventative or corrective opportunities

2  provided by Defendant and otherwise failed to avoid harm.

3  ### ELEVENTH AFFIRMATIVE DEFENSE

4  11.  To the extent that Lin was subjected to unlawful discrimination, harassment,

5  or retaliation during his employment with Defendant and if such discrimination, harassment, or

6  retaliation was by an agent or employee of Defendant, that person acted contrary to Defendant's

7  express policies and outside the course and scope of his/her employment with Defendant at the time

8  any such unlawful discrimination, harassment, or retaliation occurred.

9  ### TWELFTH AFFIRMATIVE DEFENSE

10  12.  Plaintiff's claims are barred by the doctrine of avoidable consequence.

11  ### THIRTEENTH AFFIRMATIVE DEFENSE

12  13.  Plaintiff's claims are barred by the doctrines of waiver and estoppel.

13  ### FOURTEENTH AFFIRMATIVE DEFENSE

14  14.  In the alternative and without waiving the foregoing, Defendant, based on

15  information and belief, maintains that Lin failed to mitigate his damages, if any.

16  ### FIFTEENTH AFFIRMATIVE DEFENSE

17  15.  In the alternative and without waiving the foregoing, Defendant further asserts

18  that Lin's employment with Defendant was properly terminated for cause.

19  ### SIXTEENTH AFFIRMATIVE DEFENSE

20  16.  In the alternative and without waiving the foregoing, Defendant further

21  reserves, if necessary, its right to ask leave to amend its answer upon the completion of discovery.

22  ### PRAYER FOR RELIEF

23  WHEREFORE, Defendant prays for relief as follows:

24  1.  Plaintiff takes nothing by this action;

25  2.  That Plaintiff's Complaint be dismissed with prejudice and that judgment be

26  entered against Plaintiff and in favor of Defendant on each of Plaintiff's causes of action;

27  3.  That Defendant be awarded attorney's fees and costs for the suit incurred

28  herein; and

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

4.     That Defendant be awarded such other and further relief as the Court deems just and proper.

Dated: August 14, 2008

_____
THEODORA R. LEE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
CADIT COMPANY, INC.

Firmwide:86222002.1 800000.1000

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ANSWER TO COMPLAINT (CASE NO. CV
08 3151 SI)                                    6.