THEODORA R. LEE  tlee@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108-2693
Telephone:  (415) 677-3132
Facsimile:  (415) 399-8490

Attorneys for Defendant
CADIT COMPANY, INC.

WILLIAM R. TAMAYO (SB# 084965)
DAVID F. OFFEN-BROWN (SB# 063321)
RAYMOND T. CHEUNG (SB# 176086)  raymond.cheung@eeoc.gov
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105-1260
Telephone:  (415) 625-5649
Facsimile:  (415) 625-5657

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>   vs.<br><br>CADIT COMPANY, INC.,<br><br>            Defendant. | CASE NO. C-08-03151 SI<br><br>**STIPULATION TO EXTEND TIME FOR FILING RULE 26(F) REPORT, COMPLETE INITIAL DISCLOSURES, FILE CASE MANAGEMENT STATEMENT, AND INITIAL CASE MANAGEMENT CONFERENCE; DECLARATION OF RAYMOND T. CHEUNG IN SUPPORT THEREOF; AND [PROPOSED] ORDER** |

Pursuant to Northern District of California Local Rule 6-2(a), it is hereby stipulated by and between the parties hereto, though their respective counsel, that:

1. The last day on which to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement to be continued from September 26, 2008 to November 14, 2008; and

2. The scheduling of the Initial Case Management Conference to be continued from October 3, 2008 to December 5, 2008.


DATED:  September 18, 2008          LITTLER MENDELSON, LLP


                                    By:  /s/ Theodora R. Lee
                                              THEODORA R. LEE


                                    Attorneys for Defendant
                                    CADIT COMPANY, INC.

DATED:  September 18, 2008          EQUAL EMPLOYMENT OPPORTUNITY COMMISSION


                                    By:  /s/ Raymond T. Cheung
                                              RAYMOND T. CHEUNG
                                    Attorneys for Plaintiff

# DECLARATION OF RAYMOND T. CHEUNG

I, Raymond T. Cheung, declare:

1.     I am an attorney at law licensed to practice before this Court. I am an attorney for Plaintiff Equal Employment Opportunity Commission. If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

2.     On July 1, 2008, the Court issued an order setting initial case management conference and ADR deadlines. The Court scheduled September 26, 2008as the last day on which to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement.

3.     The Court also scheduled the Initial Case Management Conference for October 3, 2008 at 2:00 p.m.

4.     Consistent with L.R. 6-2(a), the parties request through this Stipulation and [Proposed] Order a continuance of the above schedule.

5.     The parties informally exchanged initial disclosure documents on September 3, 2008.

6.     The parties engaged in multiple substantive settlement discussions, including an in-person settlement conference on September 11, 2008. The parties reached a tentative settlement agreement at that time and are in the process of finalizing the terms of the settlement.

---

1    7.    The parties have not previously sought nor has the Court ordered a

2    continuance of the case scheduling or time modification in this matter.

3

4    8.    The stipulated proposed continuance would not have a substantive effect

5    on the scheduling of this case and may have a positive effect on judicial economy by allowing the

6    parties to resolve the matter without imposing any additional burden on the court's resources.

7

8    I declare under penalty of perjury under the laws of the State of California and the

9    United States that the foregoing is true and correct.

10

11    Executed this 18th day of September, 2008 at San Francisco, California.

12

13    /s/  Raymond T.  Cheung

14    _____
         RAYMOND T. CHEUNG

15

16

17    **[PROPOSED] ORDER**

18    PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20    DATED: _____

21    _____
         Hon. SUSAN ILLSTON

22    Judge, United States District Court

23

24

25

26

27

28

---

Case No. C-08-03151 SI                    -4-                    STIPULATION TO EXTEND TIME; DECL.
                                                                  OF R. CHEUNG; AND [PROPOSED] ORDER